(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
## for the
## Western District of New York

*FILED JUL 15 2021 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY*

Sam Cooker
_____
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

G. Wicks
_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

**JURY TRIAL**: Yes___ No___

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name
   All other names by which
   you have been known:
   ID Number
   Current Institution
   Address

              City         State         Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
      Name: G. Wicks
      Job or Title *(if known)*: Correctional Officer (Drill Instructor)
      Shield Number:
      Employer: Department of Community Correctional Services
      Address: Lakeview Correctional Facility
      Brocton, New York 14716-0679
      City / State / Zip Code
      [ ] Individual capacity    [✓] Official capacity

   Defendant No. 2
      Name:
      Job or Title *(if known)*:
      Shield Number:
      Employer:
      Address:
      City / State / Zip Code
      [ ] Individual capacity    [ ] Official capacity

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

  _____  _____  _____
        City              State            Zip Code
  ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

  _____  _____  _____
        City              State            Zip Code
  ☐ Individual capacity    ☐ Official capacity

**II.   Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)
  ☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Eigth Amendment and Fourteenth Amendment.*

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**D.**   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Was assulted by Correctional Officer G. Wicks 6-18-19 in Front of 40 inmates by him Choking me and hitting me in my head. This resulted in a False ticket and Removal From Shock a 6 month Program. I tried Shock a Second time and was given a False ticket by G. Wicks on 9-11-19 for Refusing to P.T and Removed From Shock again. This discouraged me to try a third time and my Family.

**III.    Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☑ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

**IV.    Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**A.**   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

**B.**   If the events giving rise to your claim arose in an institution, describe where and when they arose.

Incident arose in F-1 Dorm on 6-18-19 of the assult and False incident Report that also resulted in me going to Solitary Confinement. Second incident Rec. Yard in Zero week "Knuckle Head Drill" G. Wicks Seen me and told me go by the Pole and Stand. I was Kicked Out For Refusing to P.T which was False. Incident date 9-11-19.

C. What date and approximate time did the events giving rise to your claim(s) occur?

6-18-19 approx. 7:00 a.m. and 9-11-19 10:30 a.m.

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

Was assualted in front of other inmates in my platoon about 40 to 50 inmates.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Reported assult while in Confinement. They took pictures. Injuries, head was sour in area from being hit. No medical treatment needed. lost of a 6 month program, longer inprisionment from a program I'm entitled to on my charge of conviction.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Seeking $800,000 for Cruel and Unusual Punishment and emotional damage. Was scared to try to do Shock a third time because of G. Wicks power to assult someone, have them removed from the program and get away with it.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Lakeview ~~[scribbled out]~~ Correctional Facility.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover (some) or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)? On the assult Put in Grievance with The Office of Special Investigations, Intake Unit, Harriman State Office Campus, Albany, NY 12226-2050 "That's For Assults."

They spoke with me at Lakeview Corr. Facility. But Nothing Further happened.

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes  The Office of Special Investigations - Intake Unit Harriman State Office Campus Albany NY 12226-2050

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   The Office of Special Investigations

2. What did you claim in your grievance? The assult and False tickets.

3. What was the result, if any? I don't Know, Officer is Under Investigation by them.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

   Their is no alleal on assuits but to report them to The Office of Special Investigations.

F.   If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I want the 40 to 50 inmates that seen what happen to be subpoenaed to Court. The Platoon that graduated December 12th 2019, Bull Dog's.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)  Sam Cooper
   Defendant(s)  G. Wicks

2. Court *(if federal court, name the district; if state court, name the county and State)*
   United States District Court Northern District of New York

3. Docket or index number
   9:21-CV-0196

4. Name of Judge assigned to your case
   Daniel J. Stewart

5. Approximate date of filing lawsuit
   3-30-21

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition.  Transferred to Proper Venue

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Transferred

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-12-21

Signature of Plaintiff: Sam Cooper
Printed Name of Plaintiff: Sam Cooper
Prison Identification #: 18-R-1900
Prison Address: Gouverneur Correctional Facility
Gouverneur, NY 13642

### B. For Attorneys

Date of signing: 

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
Telephone Number:
E-mail Address:

**GOUVERNEUR CORRECTIONAL FACILITY**
P.O. BOX 480
GOUVERNEUR, NEW YORK 13642-0370

NAME: Sam Cooper            DIN#: 18R1900

21-CV-453

USDC WDNY
JUL 15 2021
BUFFALO

No Funds were Enclosed!!

Clerk U.S District Court
United States Courthouse
Buffalo, NY 14202

Gouverneur
Correctional Facility

neopost
07/13/2021
US POSTAGE $000.71⁰

FIRST-CLASS MAIL

ZIP 13642
041L11253705

Legal Mail

1420289999